# United States District Court

For the

Northern District of Texas

Dallas Division

| | | |
|---|---|---|
| **ETHEL VENICE POGUE** | ) | Case No. 3:18-CV-01782- G-BT |
| | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| | ) | |

**SOUTHWEST CREDIT SYSTEMS. L.P.ET AL**

**CHRISTI WILLIAMS, MELODY SASSER, BRIAN**

**ANSWEENEY, BETHANY CROSS**

## MOTION FOR EXTEND TIME FOR DEPOSITION

Plaintiff need to move to extend time for Deposition for 1 week, Due to inclement weather and Plaintiff is on a fixed income no funds for Uber or Lyft at this time. Plaintiff does not drive due to medical issues. Rule 6(b) (1) (b). Plaintiff made contact with Counsel for the Defendants of the situation. Plaintiff unable to pay court reporter fee.

Ethel V Pogue

2175 S State Highway 121

A2001

Lewisville ,Texas 75067

# United States District Court

For the

Northern District of Texas

Dallas Division

**ETHEL VENICE POGUE**   )   Case No. 3:18-CV-01782- G-BT
)
)
vs   )
)
)

**SOUTHWEST CREDIT SYSTEMS. L.P.ET AL**

**CHRISTI WILLIAMS, MELODY SASSER, BRIAN**

**ANSWEENEY, BETHANY CROSS**

**ORDER**

Plaintiff ask the court to GRANT the Motion to Extend Time for the Deposition. For the reasons giving in the Motion

_____

_____

Ethel V Pogue                                                                                               *Judge Signature and Date*

2175 S State Highway 121

A2001

Lewisville ,Texas 75067

*Certificate of Service*

On February 28, 2019 I filed a Motion to Extend Time for Deposition with the clerk of court for the U. S District Court, Northern District of Texas . I hereby certify that I have served the document on all counsel and parties of record by manner authorized by Federal Rules of Civil Procedure 5 (b)(2)

_Ethel V. Pogue_

Respectfully Submitted  Counsel for the Defendants

Robbie Malone

Eugene Xerxes Martin IV

Jacob Michael Bach

North Park Central Suite 1850

8750 North Central Expressway

Dallas, Texas 75231

Phone 214-346-2630

Fax 214-346-2631