UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ETHEL VENICE POGUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:18-CV-1782-G (BT) |
| SOUTHWEST CREDIT SYSTEMS, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Rebecca Rutherford dated August 30, 2019. Objections were filed by the plaintiff. The district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objections were made. The objections are overruled, and plaintiff's "notice of motion for judgement [sic] on pleadings" (docket entry 33) is **DENIED**.

**SO ORDERED**.

September 20, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**