UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ETHEN VENICE POGUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:18-CV-1782-G (BT) |
| SOUTHWEST CREDIT SYSTEMS, LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Rebecca Rutherford has entered separate findings, conclusions, and recommendation (FCR) with respect to two pending motions in this case. Both are dated October 30, 2019. The first FCR (docket entry 67) recommends that the court deny in part defendants' motion for miscellaneous relief. The second FCR (docket entry 68) recommends the court grant defendants' motion for summary judgment. The court has made a *de novo* review of those portions of both FCRs to which objections were made. The objections are overruled, and the court **ACCEPTS** both findings, conclusions, and recommendation of the United States Magistrate Judge.

Moreover, the court warns plaintiff that sanctions will be imposed for future vexatious conduct considered to be abusive or harassing in nature, such as filing frivolous motions and threatening defendants and their property.

**SO ORDERED.**

November 22, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**